JULY 13, 1801.

## Geo. Burbage and Henry Elley, Ex'rs of Thos. Burbage, dec'd, *v.* William Bullitt, and Mary, his wife.

## The Same *v.* Robt. Smith and Fanny, his wife.

*Upon a writ of error to reverse a judgment of the Court of Quarter Sessions of Scott county.*

A declaration in which husband and wife join as plaintiffs, which shows no title in the wife to sue, is defective, and a judgment thereon erroneous.

It seems to the court that the declarations are materially defective, in not showing how the wife of Bullitt and Smith became entitled to join with their husbands in the suits; and on not showing the consideration on which the promise by them alleged was founded. Therefore, it is considered by the court that the judgments aforesaid be reversed and set aside, that the causes be remanded to the court from whence they came for new proceedings to be had therein to commence from the writs, and that the plaintiffs recover of the defendants their costs in this behalf expended, which is ordered to be certified to the said court.

The same opinion is given in *Burbage, etc.,* v. *Smith, etc.*